IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RACHAEL S. HOLT,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Civil Case No. 16-cv-1136-JPG

Crim. Case No. 13-cr-40067-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Rachael S. Holt's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Rachael S. Holt, and that this case is dismissed with prejudice.

**DATED: January 23, 2017**　　　　　　　　**JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　*s/Tina Gray*, **Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**